UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DECARLO,

        Plaintiff,

- against -

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,

        Defendant.

**ORDER**

21 Civ. 2627 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Within fourteen days of the date of this order, the parties must complete their initial disclosures under Federal Rule of Civil Procedure 26(a)(1) and Defendant must produce the administrative record in this matter to Plaintiff.

        Within thirty days of receipt of the administrative record, Plaintiff will submit a letter stating whether he seeks additional discovery. If Plaintiff does not seek additional discovery, the letter will provide a proposed schedule for cross-motions for summary judgment. If Plaintiff seeks additional discovery, Defendant will submit a response within seven days of Plaintiff's letter stating its position as to the additional discovery Plaintiff seeks.

Dated: New York, New York
      July 2, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge